UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. April Hardison                                  Docket No. 7:23-CR-25-3M

### Petition for Action on Probation

COMES NOW John P. Nasuti, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of April Hardison, who, upon a finding of guilt by jury to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(C) and 21 U.S.C. § 841(a)(1), and Possession With Intent to Distribute a Quantity of a Mixture and Substance Containing Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 27, 2023, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 17, 2025, the defendant submitted to a drug test that was confirmed positive for amphetamine and methamphetamine. The defendant advised she has prescription for amphetamines, but after multiple requests has failed to provide a current prescription for amphetamines. On August 15, 2025, the defendant submitted to a drug test that was positive for amphetamine, methamphetamine, and cocaine. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. The court will be advised should additional violations occur, and appropriate sanctions will be requested.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ John P. Nasuti<br>John P. Nasuti<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2056<br>Executed On: September 4, 2025 |

April Hardison
Docket No. 7:23-CR-25-3M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __5th__ day of __September__, 2025, and ordered filed and made a part of the records in the above case.

_Richard E Myers II_
Richard E. Myers II
Chief United States District Judge