**U.S.A. vs. April Hardison**                    **Docket No. 7:23-CR-25-3M**

### Petition for Action on Probation

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of April Hardison, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(b)(l)(C) and 841(a)(l), and Possession With Intent to Distribute a Quantity of a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(l) and 841(b)(l)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 27, 2023, to 60 months probation under the conditions adopted by the court.

On February 16, 2024, a Violation Report was submitted reporting a positive drug screen. The court agreed to continue supervision to allow the defendant an opportunity to participate in Project Transitions.

On August 27, 2025, the defendant was reassigned to the Honorable United States Chief Judge Richard E. Myers II.

On September 5, 2025, a Petition for Action on Probation was submitted reporting a positive drug screen. The court ordered that the defendant complete a substance abuse assessment and treatment.

On December 2, 2025, a Petition for Action was submitted reporting a positive drug screen, failing to report to three surprise urinalysis tests, and defrauding two drug screens. The court approved the petition requiring the defendant to adhere to a curfew for a period of 90 days while also completing an intensive outpatient substance abuse program.

On December 17, 2025, a Motion for Revocation was submitted reporting failure to participate in a substance abuse treatment program, failure to abide by conditions of location monitoring, failure to report to the probation officer, failure to participate as directed in a urinalysis program, and failure to answer truthfully inquiries by the probation officer. It was requested that a warrant be issued. The court ordered that a summons be issued.

On February 25, 2026, the defendant failed to appear in court and a warrant was issued. The defendant was arrested later that day.

On March 5, 3026, the defendant appeared before Magistrate Judge Jones for a detention hearing. It was ordered that the defendant be released.

On March 27, 2026, the defendant appeared in court for a revocation hearing. It was ordered that the hearing be continued for a period of 90 days to allow the defendant an opportunity to participate in treatment at The Healing Place in Wilmington.

On April 15, 2026, a memo was submitted to the court reporting the defendant left The Healing Place for a doctor's appointment and failed to return. The defendant eventually returned to The Healing Place and was discharged but immediately allowed to return to the program. It was ordered that the defendant be allowed to continue treatment at The Healing Place.

**April Hardison**
**Docket No. 7:23-CR-25-3M**
**Petition For Action**
**Page 2**

On May 8, 2026, a memo was submitted to the court after the defendant reported that she was accepted into The Wilmington Treatment Center. The defendant requested to change treatment programs due to the belief that The Wilmington Treatment Center would provide better mental health treatment. The court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 8, 2026, the defendant started inpatient treatment at The Wilmington Treatment Center. The defendant's counselor reported that the defendant will be successfully discharged on May 29, 2026, and she will immediately begin intensive outpatient treatment with Coastal Horizons in Wilmington. It is respectfully recommended that the defendant be placed on location monitoring with home detention until further court order. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program until further court order. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

/s/ Korey A. Cross
Korey A. Cross
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2051
Executed On: May 26, 2026

**ORDER OF THE COURT**

Considered and ordered this __27th__ day of __May__, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge